**Kendall GREEN, Plaintiff–Appellant,**

v.

**Sgt. D. ANDERSON, of Lee Correctional Institution; Jon Ozmint, Director of SCDC; Lt. Richardson, SMU Security; Ms. L. Johnson, Grievance Coordinator; Major James C. Dean, Security Over Institution; Warden Padula, Defendants–Appellees.**

No. 12–6802.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 27, 2012.

Decided: Oct. 1, 2012.

Kendall Green, Appellant Pro Se. Edgar Lloyd Willcox, II, Willcox Buyck & Williams, PA, Florence, South Carolina, for Appellees.

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kendall Green appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Green v. Anderson,* No. 2:10–cv–03080–CMC (D.S.C. Apr. 11, 2012). We deny Green's motion for a transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*